JOHNSON, Respondent, v. SAYER, Appellant.

(153 N. W. 908.)

(File No. 3728.   Opinion filed August 7, 1915.)

**Appeals—Review—Record—Directed Verdict, Necessity of Motion For—Denial of New Trial, Necessity of Assignment of Error Involving—Jurisdiction of Supreme Court to Consider Appeal.**

Where, on appeal, appellant's only contention involved sufficiency of evidence to support verdict, the record showing no motion for directed verdict, held, that consideration of sufficiency of evidence necessitates an assignment of error on that point; and, none appearing in the record, the Supreme Court had no jurisdiction to consider insufficiency of evidence.

Appeal from Circuit Court, Marshall County.   Hon. FRANK McNULTY, Judge.

Action by Adolph Johnson against Rose E. Sayer, in claim and delivery.   From a judgment for plaintiff, and from an order denying a new trial, defendant appeals.   Affirmed.

*M. J. Staven,* (*R. D. Gardner,* of Counsel), for Appellant.

No appearance for Respondent.

WHITING, J.   This is an action in replevin.   Verdict and judgment were for the plaintiff.   Upon this appeal the only matter urged by the appellant is the alleged insufficiency of the evidence to support the verdict.   Inasmuch as the record does not show any motion for directed verdict, the only manner in which the insufficiency of this evidence could be called to the attention this court would be through an assignment assigning as error the overruling of appellant's motion for new trial.   No such assignment appearing in appellant's brief, this court has no jurisdiction to consider the alleged insufficiency of the evidence.

The judgment and order appealed from are affirmed.